**Howard BELL, Appellant,**

v.

**CITY OF KANSAS CITY, Missouri,
and Pamela A. Crocker,
Respondents.**

**No. WD 60293.**

Missouri Court of Appeals,
Western District.

Sept. 17, 2002.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 29, 2002.

Application for Transfer Denied
Dec. 24, 2002.

Richard L. Colbert, Kansas City, MO, for appellant.

Douglas M. McMillan, Nicole J. Rowlette, Co–Counsel, Kansas City, MO, for respondents.

Before JOSEPH M. ELLIS, Chief Judge, RONALD R. HOLLIGER, Judge and LISA WHITE HARDWICK, Judge.

### ORDER

PER CURIAM.

Appellant Howard Bell appeals from a judgment entered by the Circuit Court of Jackson County in favor of Respondents City of Kansas City and Pamela Crocker in his action for personal injuries. After a thorough review of the record, we conclude that the judgment is supported by substantial evidence, is not against the weight of the evidence, that no error of law appears, and that an opinion would have no precedential value.

Judgment affirmed. Rule 84.16(b).